UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                        Case No. 19-CR-176

MALACHI J. ROOT,

    Defendant.

## ORDER

Upon consideration of Defendant's Motion for Rule 32(e)(2) Order, and so that the defendant's sentencing may proceed as scheduled, this Court finds that the Motion should be GRANTED, and hereby authorizes and requests that Reed Richardson, the Warden of the Stanley Correctional Institution:

    (1)    accept a copy of Root's federal Presentence Report (PSR) by mail;

    (2)    provide Root a reasonable time and place to review the PSR; and

    (3)    work with Root's counsel to schedule an attorney call with Root to review and discuss the PSR.

**ENTERED** this 7th day of April, 2020.

                                          s/ William C. Griesbach
                                          WILLIAM C. GRIESBACH, District Judge
                                          United States District Court - WIED